**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Brian R Hennebury  **Case/AP Number** 09-11798 **-FJB**

**Chapter** 7

Doc# 16 Motion filed by Creditor CitiMortgage, Inc. for Relief from Stay Re: 25 Boxberry Lane, Unit 25, Building B, Boxberry Square Condominium, Rockland, MA 02370

**COURT ACTION:**

_____Hearing held

_____Granted      _____ Approved     _____Moot

_____Denied       _____ Denied without prejudice     _____Withdrawn in open court

_____Overruled    _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Movant is hereby granted relief from the automatic stay to exercise its rights as to the property and, until the Debtor receives a discharge, to preserve its rights as to a potential deficiency.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 5/21/2009

Frank J. Bailey
United States Bankruptcy Judge